Rule 208     **Procedure.**

\*\*\*

(g)     Costs. --

(1)     The Supreme Court in its discretion may direct that the necessary expenses incurred in the investigation and prosecution of a proceeding which results in the imposition of discipline shall be paid by the respondent-attorney. All expenses taxed under this paragraph **<u>pursuant to orders of suspension that are not stayed in their entirety or disbarment shall be paid by the respondent–attorney within 30 days after notice transmitted to the respondent-attorney of taxed expenses. In all other cases, expenses taxed under this paragraph</u>** shall be paid by the respondent-attorney within 30 days of entry of the order taxing the expenses against the respondent-attorney.

(2)     In the event a proceeding is concluded by informal admonition, private reprimand or public reprimand, the Board in its discretion may direct that the necessary expenses incurred in the investigation and prosecution of the proceeding shall be paid by the respondent-attorney.  All expenses taxed by the Board under this paragraph shall be paid by the respondent-attorney **[on or before the date fixed for the appearance of the respondent-attorney before Disciplinary Counsel for informal admonition or the Board for private or public reprimand] <u>within 30 days of entry of the order taxing the expenses against the respondent-attorney</u>**.  The expenses which shall be taxable under this paragraph shall be prescribed by Board rules.

(3)     **<u>Failure to pay taxed expenses within 30 days after the date of the entry of the order taxing such expenses in cases other than a suspension that is not stayed in its entirety or disbarment will be deemed a request to be administratively suspended pursuant to Rule 219(l).</u>**

**[(3)] <u>(4)</u>** The expenses under paragraph (1) or (2) may include an administrative fee except that an administrative fee shall not be included where the discipline imposed is an informal admonition.  The administrative fee shall be $250.
\*\*\*

Rule 215     **Discipline on Consent.**

\*\*\*

(i)     Costs. — **[The panel of the Board in its discretion may direct that the necessary expenses incurred in the investigation and prosecution of the matter shall be paid by the attorney as a condition to the grant of the Petition.]**   All expenses taxed under this subdivision shall be paid by the attorney **[before the imposition of discipline under subdivision (f) or (g] <u>in accordance with Rule 208(g)</u>**.

Rule 219      **Annual Registration of Attorneys.**

**\*\*\***

(l)      The Board shall transmit by certified mail to every attorney who fails to pay any **taxed** expenses **[taxed pursuant to]** <u>under</u> Enforcement Rule 208(g)**(3)** (relating to costs), addressed to the last known address of the attorney, a notice stating:

(1)      That unless the attorney shall pay all such expenses within 30 days after the date of the notice, such failure to pay will be deemed a request to be administratively suspended, and at the end of such period the name of the attorney will be certified to the Supreme Court, which will enter an order administratively suspending the attorney.

(2)      That upon entry of the order of administrative suspension, the attorney shall comply with Enforcement Rule 217 (relating to formerly admitted attorneys), a copy of which shall be enclosed with the notice.

**\*\*\***